

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2014**

*Harlin DeWayne Hale*
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-70277-HDH-13 |
| | § | |
| Mary Odessa Sauls | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |

### AGREED ORDER APPROVING MOTION FOR ATTORNEY-IN-FACT
### TO APPEAR ON BEHALF OF DEBTOR

Upon on the Agreed Motion of the Debtor, Mary Odessa Sauls, in the above case, for her son Alton Loyd Sauls, Jr., to appear at the §341 Meeting of Creditors and in any future proceedings and sign all documents on behalf of the Debtor, regarding this bankruptcy, it is GRANTED.

ORDERED that Alton Loyd Sauls, Debtor's Attorney-In-Fact, be allowed to testify on behalf of his mother, the Debtor, in Bankruptcy Case No. 14-70277-HDH-13

# # # END OF ORDER # # #

APPROVED FOR ENTRY:

/s/Monte J. White
Attorney for Debtor
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

/s/Marc McBeath
Attorney for
Robert Wilson, Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424

/s/Erin Schmidt
Attorney for
William T. Neary
United States Trustee
1100 Commerce Street, RM 976
Dallas, TX 75242