B6F (Official Form 6F) (12/07)

In re **Mary Odessa Sauls**                                                Case No. **14-70277-hdh-13**

                                                                              (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxx2378**<br>**AFNI, Inc**<br>**PO Box 1637**<br>**Southgate, MI 48195** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -ATT Mobility**<br>REMARKS: | | | | $706.16 |
| ACCT #: **x5246**<br>**Brice, Vander Linden & Wernick, P.C.**<br>**9441 LBJ Freeway Suite 250**<br>**Dallas, Texas 75243** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Represented-James B. Nutter & Company** | | | | **Notice Only** |
| ACCT #: **xxx7232**<br>**Cbsa**<br>**Attn:Bankruptcy**<br>**PO Box 1929**<br>**Stillwater, OK 74076** | | W | DATE INCURRED: **07/2009**<br>CONSIDERATION:<br>**Collecting for -Mr. Bob's Parts & Service**<br>REMARKS: | | | | $95.00 |
| ACCT #: **x1930**<br>**Clay County Appraisal District**<br>**P O Box 108**<br>**Henrietta TX 76365** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Surrender property** | | | | **Notice Only** |
| ACCT #: **xxxx3714**<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | W | DATE INCURRED: **03/2013**<br>CONSIDERATION:<br>**Collecting for -Securus Correctionl Billing**<br>REMARKS: | | | | $89.00 |
| ACCT #: **xxxxxA382**<br>**Doctors Sutton & Mercer, LLP**<br>**1600 Brook Ave**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $20.58 |

                                                                Subtotal >  |  $910.74

                                                                Total >
                                  **(Use only on last page of the completed Schedule F.)**
_____**2**_____continuation sheets attached    **(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary Odessa Sauls**                                      Case No.  **14-70277-hdh-13**

                                                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx8604**<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | W | DATE INCURRED:  **01/2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$406.00** |
| ACCT #:  **xxxxxxxx0061**<br>**GMAC Mortgage**<br>**Att Bankruptcy  Dept**<br>**1100 Virginia Dr**<br>**Ft. Washington, PA 19034** | | W | DATE INCURRED:  **1999**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Surrendered in prior case**<br>**501 S. Archer, Henrietta, TX** | | | | **Notice Only** |
| ACCT #:  **xxxx4958**<br>**Harris & Harris, Ltd**<br>**111 W Jackson Blvd 400**<br>**Chicago, IL 60604** | | W | DATE INCURRED:  **02/2014**<br>CONSIDERATION:<br>**Collecting for -United Regional**<br>REMARKS: | | | | **$211.00** |
| ACCT #:  **xxxx1859**<br>**Merc Adjustment Bureau**<br>**PO Box 9016**<br>**Williamsville, NY 14231** | | W | DATE INCURRED:  **11/2013**<br>CONSIDERATION:<br>**Collecting for -Reliant Energy**<br>REMARKS: | | | | **$761.00** |
| ACCT #:<br>**Michael J. Schroeder, PC**<br>**3610 North Josey Lane, Ste 206**<br>**Carrollton, TX 75007** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Represents-James B Nutter & Company**<br>**Foreclosure 9/2/2014** | | | | **Notice Only** |
| ACCT #:  **xx9463**<br>**Pathology Associates of North Texas**<br>**1107 Brook St**<br>**Wichita Falls, TX 76301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$13.37** |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to                                    **Subtotal >** | **$1,391.37**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mary Odessa Sauls**     Case No. **14-70277-hdh-13**

(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx6117**<br>**The Cash Store #718**<br>**3900 Sheppard Access Rd**<br>**Wichita Falls, TX 76305** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$765.00** |
| ACCT #: **xxxxxxxxxxx2454**<br>**Txu Electric/TXU Energy**<br>**Attention: Bankruptcy**<br>**PO Box 650393**<br>**Dallas, TX 75265** | | W | DATE INCURRED: **03/13/2009**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx-xxxx7612**<br>**Wichita Falls Gastroenterology Associate**<br>**1104 Brook Ave.**<br>**Wichita Falls, TX 76301-5049** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$9.44** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$774.44**

Total > **$3,076.55**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:   **Mary Odessa Sauls**                                         CASE NO   **14-70277-hdh-13**

                                                                        CHAPTER   **13**

*AMENDED*
## VERIFICATION OF MAILING LIST

        In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

( ) is the first mailing list filed in this case.

(x) adds entities not listed on previously filed mailing list(s).

( ) changes or corrects names and address on previously filed mailing lists.


Date ___10/2/2014_____              Signature _/s/ Mary Odessa Sauls by POA Alton Loyd Sauls, Jr._____
                                                          *Mary Odessa Sauls*


Date _____              Signature _____



                                                           /s/ Monte J. White_____
                                                          *Monte J. White*
                                                          *00785232*
                                                          *Monte J. White & Associates, P.C.*
                                                          *1106 Brook Ave*
                                                          *Hamilton Place*
                                                          *Wichita Falls TX  76301*
                                                          *(940) 723-0099*

```
The Cash Store #718
3900 Sheppard Access Rd
Wichita Falls, TX 76305
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **Mary Odessa Sauls**

CASE NO.  **14-70277-hdh-13**

CHAPTER  **13**

### Certificate of Service

_____

The undersigned hereby certifies that on October 2, 2014, a true and correct copy of the Notice of Commencement of Chapter 13 Bankruptcy Case was served on the parties listed below by ECF and/or regular mail.

Date:  **10/2/2014**

/s/ Monte J. White
**Monte J. White**
Attorney for the Debtor(s)

The Cash Store #718
3900 Sheppard Access Rd
Wichita Falls, TX 76305